FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(1) **James Glass Jr    094999**
(Name of Plaintiff)     (Inmate Number)

**501 Mall Road Harrisburg, PA 17111-1299**
(Address)

(2) _____
(Name of Plaintiff)     (Inmate Number)

_____
(Address)

(Each named party must be numbered,
and all names must be printed or typed)

vs.

(1) **Mr. Gregory Briggs (Warden)**
(2) **Jill Cuffalo (Dir of Treatment)**
(3) **Mr. Grove (C.O.)**
(Names of Defendants)
(4) **Terri Ozog (Counslor)**
(Each named party must be numbered,
and all names must be printed or typed)
(5) **(LPN Nurse Stephanie)**

FILED
SCRANTON

FEB 0 1 2023

PER _____
        DEPUTY CLERK

_____
(Case Number)

CIVIL COMPLAINT

Violation of Civil Rights
Violation of Administrative
Codes and Regulationss
Misconduct resulting in Injury
Neglience resulting in injury

TO BE FILED UNDER: ___ 42 U.S.C. § 1983 - STATE OFFICIALS
                     X  28 U.S.C. § 1331 - FEDERAL OFFICIALS

I.  PREVIOUS LAWSUITS

   A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

   **No** _____

   _____

   _____

   _____

1

II. ADDRESSES AND INFORMATION-

A. PLAINTIFF

Glass, James, E
Name (Last, First, MI)

094999
Inmate Number

Dauphin Co. Prison
Place of Confinement

501 Mall Road Harrisburg, PA. 17111-1299
Address

Harrisburg, PA. 17111-1299
City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

[X] Pretrial detainee
[ ] Civilly committed detainee
[ ] Immigration detainee
[ ] Convicted and sentenced state prisoner
[ ] Convicted and sentenced federal prisoner

B. DEFENDANT(S)

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption. If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1: (Warden)

Briggs, Gregory
Name (Last, First)

Warden
Current Job Title

501 Mall Road Harrisburg, PA. 17111-1299
Current Work Address

Harrisburg, Dauphin, PA., 17111-1299
City, County, State, Zip Code

**Defendant 2:**

Cuffalo, Jill
Name (Last, First)

Dir of Treatment
Current Job Title

501 Mall Road
Current Work Address

Harrisburg, Dauphin, PA., 17111-1299
City, County, State, Zip Code

**Defendant 3:**

Grove,
Name (Last, First)

Correctal Officer
Current Job Title

501 Mall Road
Current Work Address

Harrisburg, Dauphin, PA., 17111-1299
City, County, State, Zip Code

**Defendant 4:**

Ozog, Terri
Name (Last, First)

Counslor
Current Job Title

501 Mall Road
Current Work Address

Harrisburg, Dauphin, PA., 17111-1299
City, County, State, Zip Code

**Defendant 5:**

PrimeCare LPN Nurse "Stephanie"
Name (Last, First)

Stephanie ?
Current Job Title

LPN Nurse
Current Work Address

501 Mall Road Harrisburg, Dauphin PA, 17111-1299
City, County, State, Zip Code

### III. STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

A. Describe where and when the events giving rise to your claim(s) arose.

Dauphin County Prison
Dec. 20, 2022
7pm
Jan 4, 2023 / Jan 18, 2023 - Jan. 25, 26, 2023
Jan. 27, 2023

B. On what date did the events giving rise to your claim(s) occur?

Dec. 20, 2022, Jan 4, 2023, Jan 18, 2023 - Jan 25, 26, 27, 2023

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

On Dec. 20, 2022 appox. 7pm Officer Grove informed me I was to move from E corridor of the jail to E1 Top bunk. I informed him that I'm medically classified as bottom bunk bottom Tier Status and there must be a mistake. However Officer Grove told me that he will check with medical to find out. Appox. 5 min passed and Officer Grove came back with LPN Stephanie in which she said I was not bottom bunk status. Of course I told her it was a mistake because I have metal pins in both knees and there is no way I could climb up top bunk without any rails. Next Officer Grove had said If I don't lock in I'm going to the hole. Thus I locked in. Unfortunatly, 1 hour past and I was trying to get off bunk by using the desk chair and suddenly the chair moved and I fell off bunk to the floor twisting my knee out of place and breaking my 4th finger left hand. I was moved to A Block to be classified. On 12-22-22 I wrote out a inmate request form with my complaint, Thus the reply stated I was bottom bunk per medical. It was Dec. 23, 2023 I had Xray after I was moved Top tier F.38 When I told the LT. that had walked me to my Xray he informed officer to move me back to classification. Obviously, Treatment had openly neglect the medical classification as well as the officer and the LPN Stephanie did.

Turn to back →

Page 4 of 6

- On Jan. 4, 2023 I was taken to Dauphin County Prison For court before the Honorable David H. Judy. Once I arrived I was informed that my attorney hasn't arrived yet. Furthermore I was later informed that my applacation never arrived in the Public Defenders office. However I applied for a PD on Dec. 15 with Couslor Terry Ozog. Furthermore, the PD never recieved thus I proceeded without counsol. Due to the neglogence of Dauphin County Prison Treatment Dept. I represented myself and resolved the matter.

- On 1/18/23 I was scheduled with a phone conference with my attorney on the phone. However my phone pen didn't work. This is a responciblity of Treatment.

- On 1/25 and 1/26 My attorney was trying to schedule a phone conferen. with me. However Treatment didn't notify me until later. It never happened.

- On 1-27-23 I was schedule For a phone conference with my attorney once again my pin didn't work. This is a responcibility of Treatment

### IV. LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

① - <u>Administrative Codes and Regulations</u>: § 95.226. "Housing" (5) "All parts of the prison used by inmates shall be <u>properly maintained</u> and kept clean at all times."

② <u>Amendments</u> - (IV) "The right of the people to be secure in their persons."

(V) - "Nor be deprived of life, liberty"

(IX) - "shall not be construed to deny or disparage others retained by the people"

(VIII) Nor "excessive fines imposed, nor cruel and <u>unusual punishments inflicted</u>"

(VI) - To have the Assistance of <u>Counsel for his/her defence</u>.

### V. INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above. Broke left 4th finger left hand, sprain knee in which had gotten infection, nerve demage. Mental anxiuty

### VI. RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

① Compensatory and punitive demage in the ~~(amount~~ ~~)~~

② Replace unsafe sleeping equiptment with one's with ladders for climbing and debunking properly.

**VII.   SIGNATURE**

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

*James Klan Jr.*
Signature of Plaintiff

1-18-23
Date