IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES GLASS JR., | : | Civil No. 3:23-cv-182 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| WARDEN GREGORY BRIGGS, *et al.*, | : | |
| Defendants | : | |

**ORDER**

**AND NOW**, this 3/rd day of February, 2023, upon consideration of Plaintiff's complaint (Doc. 1), and for the reasons set forth in the Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The application for leave to proceed *in forma pauperis* is **GRANTED**. (Doc. 2).

2. On or before February 16, 2023, Plaintiff shall show cause why his complaint should not be dismissed for failure to exhaust administrative remedies.

3. Failure to timely comply with the terms of this Order will result in dismissal of this action without further notice of Court.

Robert D. Mariani
United States District Judge