IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES GLASS, JR., | : | Civil No. 3:23-cv-182 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| WARDEN GREGORY BRIGGS, JILL CUFFARO, STEPHANIE DIETZ, TERRI OZOG, | : | |
| Defendants | : | |

**ORDER**

**AND NOW**, this 24th day of January 2024, upon consideration of the County Defendants' motions (Docs. 52, 73) to dismiss, and the parties' respective briefs in support of and in opposition to said motions, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The motions (Docs. 52, 73) are treated as motions for summary judgment with respect to exhaustion of administrative remedies and are **GRANTED**. The Clerk of Court is directed to **ENTER** judgment in favor of Defendants Gregory Briggs, Jill Cuffaro, and Terri Ozog, and against Plaintiff.

2. The motions (Docs. 52, 73) to dismiss are **GRANTED** in all other respects.

3. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. See 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge